■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERRY M., Appellant.

Defendant's claim regarding the sufficiency of the plea allocution is unpreserved for appellate review as a matter of law (CPL 470.05 [2]; *People v Pellegrino,* 60 NY2d 636; *People v De Santis,* 108 AD2d 821; *People v Mattocks,* 100 AD2d 944). Moreover, reversal is not warranted in the interest of justice because the record establishes that defendant knowingly and voluntarily pleaded guilty (*see, People v Harris,* 61 NY2d 9; *People v Carrisquello,* 106 AD2d 513). Nor do we perceive any basis for concluding that the sentence, which was the product of a negotiated plea, requires modification in the interest of justice (*see, People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Mollen, P. J., Mangano, Thompson and O'Connor, JJ., concur.